**2008 ME 193**

**Mark S. HIDER**

v.

**Jane E. HIDER.**

Supreme Judicial Court of Maine.

Submitted on Briefs: Dec. 12, 2008.
Decided: Dec. 23, 2008.

Mark S. Hider, Portland, ME, pro se.

M. Thomasine Burke, Esq., Brown & Burke, Portland, ME, for Jane E. Hider.

Panel: SAUFLEY, C.J., and CLIFFORD, ALEXANDER, LEVY, MEAD, and GORMAN, JJ.

PER CURIAM.

[¶ 1] Mark S. Hider appeals from a protection from abuse order entered against him on a complaint filed by his wife, Jane E. Hider, and from the denial of a petition for protection from abuse he filed against Jane, both entered in District Court (Portland, *Eggert, J.*). Contrary to Mark's contentions, competent evidence exists in the record to support the court's order entered against him. *See Smith v. Hawthorne,* 2002 ME 149, ¶¶ 15–16, 804 A.2d 1133, 1138–39. In addition, we discern no error in the court's denial of Mark's petition for protection against Jane. *See Preston v. Tracy,* 2008 ME 34, ¶¶ 10–11, 942 A.2d 718, 720; 19–A M.R.S. § 4006(1) (2007). Finally, we assess sanctions against Mark for his failure to file a complete and appropriate appendix. Sanctions are imposed in the amount of Jane's expenses, including attorney fees, incurred as a result of her having to file a supplemental appendix. *See* M.R.App. P. 8(c)(2), (g), (j).

The entry is:

Judgments affirmed. Sanctions imposed against Mark Hider, pursuant to M.R.App. P. 8(j), in the amount of Jane Hider's expenses, including attorney fees, incurred as a result of her having to file a supplemental appendix.